UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| US BANK, NATIONAL ASSOCIATION,<br><br>　　　　　　　　　　　　　　Plaintiff,<br>v.<br>NV EAGLES, LLC, et al.<br><br>　　　　　　　　　　　　　　Defendants. | Case No. 2:15-cv-00786-RCJ-PAL<br><br>ORDER<br><br>(Subst Atty – Dkt. #51) |

This matter is before the court on the Substitution of Attorney (Dkt. #51) filed August 3, 2015. Thomas Beckom of McCarthy & Holthus, LLP seeks leave to be substituted in the place and stead of Dana J. Nitz and Natalie Lehman of Wright, Finlay & Zak, LLP for Plaintiff US Bank, National Association. LR IA 10-6 provides that the signature of an attorney to substitute in a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 10-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case."

Having reviewed and considered the matter, and good cause appearing,

**IT IS ORDERED** that:

1. The Substitution of Attorney (Dkt. #51) is **APPROVED**.
2. Thomas Beckom of McCarthy & Holthus, LLP is substituted in the place of Dana J. Nitz and Natalie Lehman of Wright, Finlay & Zak, LLP for Plaintiff US Bank, National Association, subject to the provisions of LR IA 10-6(c) and (d).

DATED this 18th day of August, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE