**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF BEAR STEARNS ASSET-BACKED SECUIRITIES 1 TRUST 2006-AC5, ASSET-BACKED CERTIFICATES, SERIES 2006-AC5, | 2:15-cv-00786-RCJ |
| Plaintiff, | **ORDER DIRECTING** |
| vs. | **CERTIFICATION TO THE** |
| NV EAGLES, LLC et al. | **NEVADA ATTORNEY GENERAL** |
| Defendants. | **PURSUANT TO 28 U.S.C. § 2403(b)** |

This case arises from the foreclosure of a residential property pursuant to a homeowners association lien. On October 6, 2015, Plaintiff U.S. Bank filed a motion for summary judgment (ECF No. 66) which questions the constitutionality of Nev. Rev. Stat. § 116.3116 et seq. Pursuant to 28 U.S.C. § 2403(b) and Federal Rule of Civil Procedure 5.1(b), the Court issues this order directing certification to the Nevada Attorney General, having recognized that neither the State nor any of its agencies, officers, or employees are parties to the suit.

IT IS SO ORDERED.

Dated: This 26th day of January, 2016.

_____
ROBERT C. JONES
United States District Judge

1

1

2

**Certificate Pursuant to 28 U.S.C. 2403(b)**

To: The Honorable Adam Paul Laxalt, Nevada Attorney General

3

4          On behalf of this Court, and pursuant to 28 U.S.C. 2403(b) and Federal Rule of Civil

5    Procedure 5.1(b), I certify that in this case the constitutionality of Nev. Rev. Stat. § 116.3116 et

6    seq, a statute affecting the public interest, is drawn into question. The plaintiff in the suit has

7    challenged the statute based on the Fourteenth Amendment to the U.S. Constitution. (*See* ECF

8    No. 66).

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24