WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Natalie C. Lehman, Esq.
Nevada Bar No. 12995
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dnitz@wrightlegal.net
nlehman@wrightlegal.net
*Attorneys for Plaintiff,*
*U.S. Bank, National Association, as Trustee for the Certificateholders of Bear Stearns Asset-Backed Securities 1 Trust 2006-AC5, Asset-Backed Certificates, Series 2006-AC5*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIAION, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF BEAR STEARNS ASSET-BACKED SECURITIES 1 TRUST 2006-AC5, ASSET-BACKED CERTIFICATES, SERIES 2006-AC5, <br><br> Plaintiff, <br><br> vs. <br><br> NV EAGLES, LLC, a Nevada Limited Liability Company; UNDERWOOD PARTNERS, LLC, a Nevada Limited Liability Company; SANDSTONE CONDOMINIUMS HOMEOWNERS ASSOCIATION, a Domestic Non-Profit Corporation; NEVADA ASSOCIATION SERVICES, INC., a Domestic Corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive, <br><br> Defendants. | Case No.: 2:15-cv-00786-RCJ-PAL <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO DISPOSITIVE MOTIONS** <br> **(First Request for this Deadline)** |

IT IS HEREBY STIPULATED between Plaintiff U.S. Bank, National Association, as Trustee for the Certificateholders of Bear Stearns Asset-Backed Securities 1 Trust 2006-AC5, Asset-Backed Certificates, Series 2006-AC5 ("U.S. Bank"), by and through its

- 1 -

attorney of record, Natalie C. Lehman, Esq. of the law firm Wright, Finlay & Zak, LLP, and Defendant NV Eagles, LLC, by and through its attorneys of record, John Henry Wright, Esq., of the Wright Law Group, PC, to extend the deadline for U.S. Bank to file its Response to NV Eagles, LLC's Renewed Motion for Summary Judgment (ECF No. 134) to **December 7, 2016.** The parties further stipulate to extend the deadline for NV Eagles, LLC to respond to U.S. Bank's Motion for Summary Judgment (ECF No. 130) to **December 14, 2016.**

This is the parties' first request for an extension of these deadlines and is not intended to cause any delay or prejudice to any party.

| | |
|---|---|
| DATED this 9th day of November, 2016.<br>**THE WRIGHT LAW GROUP, PC**<br><br>__/s/ John Henry Wright, Esq._____<br>John Henry Wright, Esq.<br>Nevada Bar No. 6182<br>The Wright Law Group, PC<br>2340 Paseo Del Prado, Suite D-305<br>Las Vegas, Nevada 89102<br>Phone: (702) 405-0001<br>*Attorney for Defendant, NV Eagles, LLC* | DATED this 9th day of November, 2016.<br>**WRIGHT, FINLAY & ZAK, LLP**<br><br>__/s/ Natalie C. Lehman, Esq._____<br>Dana Jonathon Nitz, Esq.<br>Nevada Bar No. 0050<br>Natalie C. Lehman, Esq.<br>Nevada Bar No. 12995<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, Nevada 89117<br>Phone: (702) 475-7964<br>*Attorneys for Plaintiff, U.S. Bank, N.A. as Trustee* |

## **ORDER**

IT IS SO ORDERED.

Dated this 20th day of December, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

*Respectfully submitted by:*
**WRIGHT, FINLAY & ZAK, LLP**
_/s/ Natalie C. Lehman, Esq._____
Natalie C. Lehman, Esq. (NV Bar No. 12995)
*Attorneys for Plaintiff*

- 2 -